IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, OHIO
EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY ) | CASE NO.: |
| *On behalf of itself and all those similarly situated* ) ) | |
| 8940 Darrow Road ) | JUDGE |
| Twinsburg, Ohio 44087 ) | |
| ) | |
| Plaintiff, ) | **CLASS ACTION COMPLAINT AND** |
| ) | **JURY DEMAND** |
| -vs- ) | |
| ) | |
| EAGLE INSTRUMENTS, LTD. ) | |
| In c/o Its Statutory Agent ) | |
| Alan T. Kaminski ) | |
| 220 E. North Avenue ) | |
| Northlake, IL 60164 ) | |
| ) | |
| Defendant ) | |

## INTRODUCTION

Plaintiff Advanced Dermatology ("Plaintiff") brings this nationwide Class Action Complaint against Defendant Eagle Instruments, LTD. for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA") in sending unsolicited facsimiles to people and businesses who have not given their consent. Plaintiff, for its Complaint, alleges as follows upon personal knowledge as to itself, and as to all other matters, upon information and belief, including investigation conducted by its attorneys.

1.  The TCPA prohibits any unsolicited facsimiles.

## PARTIES

2.  Defendant Eagle Instruments, LTD. ("Eagle") is an Illinois corporation registered with the Illinois Secretary of State with its headquarters in Schaumburg, Illinois.

1

3. Defendant services and maintains surgical instruments for medical providers nationwide.

4. Defendant solicits small businesses, including medical offices, to purchase its services.

5. Plaintiff is a resident of Ohio who received an unsolicited facsimile from Defendant on its office fax machine without consent. (Exhibit 1).

## JURISDICTION

6. This Court has jurisdiction 28 U.S.C. §1331 and 47 U.S.C. §227.

7. Venue is proper in this District because Defendant directed its acts and conduct herein to the Northern District of Ohio and Plaintiff's injury occurred here.

## FACTS

8. On or about August 5, 2019, Plaintiff received a two-page facsimile, consisting of a cover sheet with message and a promotional flyer, attached hereto as Exhibit 1.

9. The cover sheet states "FROM: Eagle Instruments Esther Schmidt" and requests "being your service company of choice."

10. The cover sheet provides a description of Defendant's services and implores Plaintiff to contact Mary Kay Caponigri, with phone, address and fax contact information listed.

11. The second page of the facsimile states, "We at Eagle Instruments would like to introduce ourselves as your 'Service Solution,'" with a bullet point list of equipment, a description of Defendant's services and benefits, graphics, including Defendant's phone number listed twice in bold type, and address to contact for further information.

12. Defendant's facsimile is a solicitation for Plaintiff to become a customer.

13. Plaintiff had no business relationship with Defendant, did not give Defendant its number, and had not consented to be sent a facsimile.

14. Defendant's facsimile contains no opt-out provision.

15. Upon information and belief, Esther Schmidt is a corporate officer and shareholder of Defendant.

16. On information and belief, Defendant routinely sends its facsimiles to recipients where no relationship exists and sends these facsimiles without prior consent to do so.

17. On information and belief, Defendant continues to solicit businesses by sending these facsimiles nationwide.

18. Plaintiff was damaged by this facsimile by suffering a monetary loss due to the facsimile, incurring the costs of the use of facsimile paper, ink and toner, loss of employee time to review the facsimile, invasion of privacy, nuisance, interruption of work, trespass to its chattel by interfering with its office facsimile used to aid patients, stress, aggravation, and because a violation of the TCPA itself is a concrete injury.

## CLASS ALLEGATIONS

19. Class Definition: Plaintiff brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of itself and a Class of similarly situated individuals or business, defined as follows:

> A. All persons in the United States who received a facsimile from or on behalf of Defendant and who had no ongoing business relationship with Defendant and had not given consent to receive facsimiles from Defendant or where the facsimiles did not provide opt out language,

within the four years prior to the filing of the Complaint until the class is certified.

20. Numerosity: The exact number class members is unknown and is not available to Plaintiff at this time, but individual joinder in this case is impracticable. The Class likely consists of thousands of individuals and businesses. Class members can be easily identified through Defendant's or its agent's records.

21. Commonality and Predominance: There are many questions of law and fact common to the claims of Plaintiff and other members of the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include but are not limited to the following:

a) Whether Defendant sent the faxes or had them sent on its behalf;

b) Whether Defendant had consent;

c) Whether Defendant has processes in place to prevent these facsimiles;

d) Whether Defendant's conduct was willful;

e) Whether Defendant's facsimile was a solicitation; and

f) Whether Defendant's conduct constitutes a violation of the TCPA.

22. Typicality: Plaintiff's claims are typical of the claims of other Class members and it sustained the same damages as other members of the Class as a result of Defendant's actions.

23. Adequate Representation: Plaintiff will fairly and adequately represent and protect the interests of the Class. Plaintiff has retained counsel competent and experienced in complex litigation and class actions, including TCPA cases. Plaintiff has no interests antagonistic to the Class, and Defendant has no defenses unique to Plaintiff. Plaintiff and its counsel are committed

to vigorously prosecuting this action on behalf of members of the Class and have the financial resources to do so.

24. Superiority: This case is appropriate for certification because class proceedings are the best method available for the fair and efficient adjudication of this controversy in light of the common issues across the class.

## CAUSE OF ACTION
Violation of 47 U.S.C § 227
(On behalf of Plaintiff and the Class)

31. Plaintiff incorporates the foregoing allegations as if fully set forth herein.

32. The TCPA expressly prohibits unsolicited fax advertising, 47 U.S.C.§ 227(b)(1) (C).

33. Defendant violated this provision by sending an unsolicited fax to Plaintiff.

34. As a result of Defendant's unlawful conduct, Plaintiff and the other members of the Class suffered actual damages as set forth in paragraph 18 above and under Section 227(b)(3)(B), are each entitled to, *inter alia, a* minimum of $500 in statutory damages for each violation.

35. Should the Court determine that Defendant's misconduct was willful and knowingly, the Court may, pursuant to section 227(b)(3)(C), treble the amount of statutory damages recoverable by Plaintiff and the other members of the Class to $1,500 per call.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of itself and the Class, respectfully requests that this Court enter an order:

> A. Certifying this case as a class action on behalf of the Class defined above, appointing Plaintiff as representative of the Class, and appointing its counsel as Class Counsel;

B. Awarding injunctive and other equitable relief as necessary to protect the interests of the Class, including, *inter alia,* an order prohibiting Defendant from engaging in the wrongful and unlawful acts described herein;

C. An award of actual and statutory damages;

D. Awarding Plaintiff and the Class their reasonable litigation expenses and attorneys' fees;

E. Awarding Plaintiff and the Class pre- and post-judgment interest, to the extent allowable; and

F. Awarding such other and further relief as equity and justice may require.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Michael L. Berler (#0085728)
Michael L. Fine (#0077131)
Frederick & Berler LLC
767 East 185th Street
Cleveland, Ohio 44119
(216) 502-1055 (phone)
(216) 566-9400(fax)
ronf@clevelandconsumerlaw.com
mikeb@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury for all issues so triable.

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Frederick & Berler, LLC
*Attorney for Plaintiff*

6

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 13309637900 |
| FROM | Eagle Instruments Esther Schmidt |
| DATE | 2019-08-05 20:03:07 GMT |
| RE | Preventative Maintenance Information |

## COVER MESSAGE

August 2019

To Whom It May Concern,

We are a service company that specializes in preventative maintenance for auto claves, cryostats, embedding centers, microtomes, microscopes, tissue processors, etc. We are also very familiar with MOHS procedures. We would appreciate being your service company of choice.
Please see attached information.

We have recently move and our new address is:

Eagle Instruments
550 Albion Avenue
Schaumburg IL 60193


I am thankful for your time. Have a great day!

Mary Kay Caponigri
847-551-1009
866-531-0782 (toll free)
847-551-1099 (fax)

Exhibit 1
WWW.EFAX.COM



**eagleinstruments**
HISTOLOGY & PATHOLOGY SERVICE

150 N Western
Carpentersville, IL 60110
866-531-0782

We at Eagle Instruments would like to introduce ourselves as your "Service Solution" for:

- Cryostats
- Microtomes
- Tissue Processors
- Embedding Center
- Cover Slipper
- Autoclaves
- Microscopes
- Lini Stainer
- And More

Guaranteed 24 hour response time.

We would like to earn your business and would value the opportunity to service your instruments and keep them operating at maximum efficiency. Our technicians are factory trained to provide you with superior service.

We offer preventive maintenance, quality repairs and service contracts customized to meet your needs.

**866-531-0782**

**FAST AND EXCELLENT SERVICE WITH A SMILE**
**ASK ABOUT THE EAGLE WARRANTY**

FOR SALES AND SERVICE QUESTIONS PLEASE CALL 866-531-0782