IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCED DERMATOLOGY, | ) | CASE NO: 20-CV-988 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **PURSUANT TO FED. R.CIV. P. 41** |
| EAGLE INSTRUMENTS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| __/s/ Ronald I. Frederick_____ | _/s/ Jonathan H. Krol_____ |
| Ronald I. Frederick (0063609) | by Ronald I. Frederick per emailed consent. |
| Michael L. Berler (0085728) | Jonathan H. Krol (0088102) |
| Michael L. Fine (0077131) | **REMINGER CO., L.P.A.** |
| **FREDERICK & BERLER, LLC** | 101 Prospect Avenue West, Suite #1400 |
| 767 East 185th Street | Cleveland, OH 44115-1093 |
| Cleveland, OH 44119 | (216) 687-1311 (O) \| (216) 687-1841 (F) |
| (216) 502-1055 (O) \| (216) 566-9400 (F) | E: jkrol@reminger.com |
| E: ronf@clevelandconsumerlaw.com | |
| E: mikeb@clevelandconsumerlaw.com | |
| E: michaelf@clevelandconsumerlaw.com | |
| | |
| *Attorney for Plaintiff, Advanced Dermatology* | *Attorney for Defendant, Eagle Instruments, LTD.* |

Stipulated Notice of Dismissal Under FRCP 41(a)(1) is approved.

s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE